**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF COLORADO

Case number *(if known)* _____   Chapter **11**

☐ Check if this an
amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy       4/16

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).
For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Niner, Inc.** | |
| 2. | **All other names debtor used in the last 8 years** Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **52-2448591** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **2330 E. Prospect Road, Suite A** **Fort Collins, CO 80525** Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Larimer** County | **Location of principal assets, if different from principal place of business** Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)   **www.ninerbikes.com**

6. **Type of debtor**
   - ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
   - ☐ Partnership (excluding LLP)
   - ☐ Other. Specify: _____

Debtor   **Niner, Inc.**                                                                  Case number (*if known*) _____
         Name

**7.  Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
   See http://www.uscourts.gov/four-digit-national-association-naics-codes.
   **4511**

**8.  Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

   ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,566,050 (amount subject to adjustment on 4/01/19 and every 3 years after that).

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.  Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| | District _____ | When _____ | Case number _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

■ No

☐ Yes.

| | Debtor _____ | | Relationship _____ |
|---|---|---|---|
| | District _____ | When _____ | Case number, if known _____ |

---

Debtor    **Niner, Inc.**
_____     Case number (*if known*) _____
Name

**11. Why is the case filed in *this district*?**    Check all that apply:

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency _____

Contact name _____

Phone _____

---

████  **Statistical and administrative information**

**13. Debtor's estimation of available funds**    .    Check one:

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☐ 1-49
■ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than100,000

**15. Estimated Assets**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000
☐ $50,001 - $100,000
☐ $100,001 - $500,000
☐ $500,001 - $1 million

■ $1,000,001 - $10 million
☐ $10,000,001 - $50  million
☐ $50,000,001 - $100 million
☐ $100,000,001 - $500 million

☐ $500,000,001 - $1 billion
☐ $1,000,000,001 - $10 billion
☐ $10,000,000,001 - $50 billion
☐ More than $50 billion

Debtor  **Niner, Inc.**                                                              Case number (*if known*) _____

Name

▮ **Request for Relief, Declaration, and Signatures**

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2017**
MM / DD / YYYY

**X** **/s/ Chris Sugai**                                   **Chris Sugai**
Signature of authorized representative of debtor            Printed name

Title    **President, CEO**

**18. Signature of attorney**

**X** **/s/ James T. Markus**                               Date  **November 27, 2017**
Signature of attorney for debtor                                  MM / DD / YYYY

**James T. Markus 25065**
Printed name

**Markus Williams Young & Zimmermann LLC**
Firm name

**1700 Lincoln Street Suite 4550**
**Denver, CO 80203-4550**
Number, Street, City, State & ZIP Code

Contact phone   **(303) 830 0800**        Email address   **jmarkus@markuswilliams.com**

**25065**
Bar number and State

**Fill in this information to identify the case:**

Debtor name __**Niner, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
   amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on __**November 27, 2017**__          X */s/ Chris Sugai*
                                          _____
                                          Signature of individual signing on behalf of debtor

                                          **Chris Sugai**
                                          _____
                                          Printed name

                                          **President, CEO**
                                          _____
                                          Position or relationship to debtor

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                          Best Case Bankruptcy

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | Niner, Inc. |
| United States Bankruptcy Court for the: | **DISTRICT OF COLORADO** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204
### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Alleman, Hall, Creasman & Tuttle 851 SW 6th Avenue, Suite 525 Portland, OR 97204 | Daniel wood@allemanhall.com | Trade debt | | | | $4,145.60 |
| Astro Engineering Co., Ltd No. 26-8, Yider S. Rd. Chang Hua 500 Taiwan | Nancy nancy@astroeng.com.tw | Trade debt | | | | $105,476.82 |
| Atradius Trade Credit Insurance, Inc. Lockbox Number: 75786 7175 Columbia Gateway Drive Columbia, MD 21046 | Evelyn Ruiz Evelyn.RUIZ@atradius.com | Trade debt | | | | $3,594.81 |
| Chase Cardmember Service P.O. Box 94014 Palatine, IL 60094-4014 | Chase@e.chase.com | Trade debt | | | | $31,926.67 |
| DMIG LLC FBO Fort Collins Prospect Ventures P.O. Box 609 Del Mar, CA 92014 | Deb debi@seabreezefarms.com | Trade debt | | | | $10,642.02 |
| ENVE Composites 508 West Stockman Way Ogden, UT 84401 | ar@enve.com | Trade debt | | | | $65,605.50 |
| Federal Express P.O. Box 7221 Pasadena, CA 91109-7321 | Greg Kirby greg.kirby@fedex.com | Trade debt | | | | $11,521.95 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    **Niner, Inc.**                                          Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Flexport Inc.**<br>**760 Market Street,**<br>**9th Floor**<br>**San Francisco, CA**<br>**94102** | **Shin San**<br><br>**shin@flexport.com** | **Trade debt** | | | | **$51,026.15** |
| **Formula Engineering Inc.**<br>**No 807, Fen-Gong Road**<br>**Shen Kang Dist. 429 Taichung**<br>**Taiwan** | **Jodie**<br><br>**jodie@xerowheel.com** | **Trade debt** | | | | **$6,030.00** |
| **Fox Factory Switzerland GmbH**<br>**No. 8 Jing Ke 6th Road**<br>**Nantun District Taichung City**<br>**Taiwan** | **twar@ridefox.com** | **Trade debt** | | | | **$77,507.00** |
| **Greystone Technology Group, Inc.**<br>**DBA Brillity Digital**<br>**2519 S. Shields Street #146**<br>**Fort Collins, CO 80526** | **Derrick**<br><br>**derrick@brillitydigital.com** | **Trade debt** | | | | **$3,750.00** |
| **IPFS Corporation Premium Financing Specialist Corp**<br>**24722 Network Place**<br>**Chicago, IL 60673** | **webmail@ipfs.com** | **Trade debt** | | | | **$8,724.68** |
| **Jerome Michael Stanley**<br>**288 Gran Ellen Drive**<br>**Athens, GA 30606** | **Mike**<br><br>**mike@chainringsports.com** | **Trade debt** | | | | **$4,103.00** |
| **KS USA**<br>**c/o Rick Taylor**<br>**26741 Portola Parkway 1E658**<br>**Foothill Ranch, CA 92610** | **Anny**<br><br>**kssale@kindshockglobal.com** | **Trade debt** | | | | **$8,800.00** |
| **Propel Insurance**<br>**P.O. Box 2940**<br>**Tacoma, WA 98401-2940** | **Heidi Woods**<br><br>**Heidi.Woods@propelinsurance.com** | **Trade debt** | | | | **$4,250.00** |
| **Squadra**<br>**Zoot Squad**<br>**5205 Avenida Encinas, Suite J**<br>**Carlsbad, CA 92008** | **Dave Thile**<br><br>**dave.thile@squadra.com** | **Trade debt** | | | | **$14,400.00** |

Debtor   **Niner, Inc.**
_____     Case number *(if known)*   _____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **SRAM, LLC 24213 Network Place Chicago, IL 60673-1242** | **Traci** **traci@sram.com** | **Trade debt** | | | | **$316,575.58** |
| **Strongman & Always Co. Ltd. Maestro Limited IF., No. 64 Sec 2 Jiankang Rd. South District Tianan Taiwan** | **Paul** **strong22@strongman.com.vn** | **Trade debt** | | | | **$22,175.00** |
| **Very Impressive Product Co., Ltd. 108 An Phuoc Long Thanh Dong Nai 71300 Vietnam** | **Mavis Ho** **mavis-ho@vipsports.com.tw** | **Trade debt** | | | | **$273,576.34** |
| **Willing Industry Co. Ltd. 325, Sec 2 Chung Shan Road Tachia Taichung County Taiwan** | **Eunice** **csr02@willingbikes.com** | **Trade debt** | | | | **$267,406.00** |

**Fill in this information to identify the case:**

Debtor name    **Niner, Inc.**

United States Bankruptcy Court for the:    DISTRICT OF COLORADO

Case number (if known)   

☐ Check if this is an amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals    12/15

### Part 1:   Summary of Assets

1.   ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
     Copy line 88 from *Schedule A/B*............................................................................................    $    **69,107.15**

   1b. **Total personal property:**
     Copy line 91A from *Schedule A/B*........................................................................................    $    **9,775,847.80**

   1c. **Total of all property:**
     Copy line 92 from *Schedule A/B*..........................................................................................    $    **9,844,954.95**

### Part 2:   Summary of Liabilities

2.   ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*....................................    $    **5,829,979.95**

3.   ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
     Copy the total claims from Part 1 from line 5a of *Schedule E/F*...........................................................    $    **0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
     Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*.............................................    +$    **2,151,010.02**

4.   **Total liabilities** ....................................................................................................
   Lines 2 + 3a + 3b      $    **7,980,989.97**

| Fill in this information to identify the case: |
| --- |

Debtor name      **Niner, Inc.**

United States Bankruptcy Court for the:      DISTRICT OF COLORADO

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property            12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:       Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
| --- | --- | --- | --- |
| 2. | **Cash on hand** | | **$3,686.73** |

3.  **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| --- | --- | --- | --- | --- |
| 3.1. | **First National Bank (Disbursment Account)** | | **3857** | **$13,192.23** |
| 3.2. | **Wells Fargo Bank (Lockbox)** | | **8880** | **$52,760.92** |
| 3.3. | **Hua Nan Commercial Bank (Taiwan Account)** | | **0295** | **$6,935.15** |
| 3.4. | **Paypal (Receipt Account)** | | **8XV6** | **$892.22** |
| 3.5. | **Wells Fargo Bank, N.A. (Receipt Account)** | | | **$19,983.14** |

4.  **Other cash equivalents** *(Identify all)*

5.  **Total of Part 1.**

    Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| **$97,450.39** |
| --- |

Debtor   **Niner, Inc.**
_____   Case number *(If known)* _____
Name

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.  **Deposits, including security deposits and utility deposits**
    Description, including name of holder of deposit

8.  **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
    Description, including name of holder of prepayment

    8.1.  **Prepaid Expenses (i.e. expenses, advertising, insurance, software, loan fees, shipping inbound, payroll)**                                                    $378,183.19

9.  **Total of Part 2.**                                                                          $378,183.19
    Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.  **Accounts receivable**

     11a. 90 days old or less:     1,566,714.47     -     35,220.35     = ....     $1,531,494.12
                                   face amount            doubtful or uncollectible accounts

12.  **Total of Part 3.**                                                                          $1,531,494.12
     Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19.  **Raw materials** | | | | |
| 20.  **Work in progress** | | | | |
| 21.  **Finished goods, including goods held for resale** | | | | |

Debtor   **Niner, Inc.**                                        Case number *(If known)* _____
         <sub>Name</sub>

| **Inventory Assets (i.e. Frames, complete bikes, forks, parts and accessories, wheelsets, prepaid inventory, build kits and components)** | | **Unknown** | | **$4,143,182.07** |
|---|---|---|---|---|

22.   **Other inventory or supplies**

23.   **Total of Part 5.**                                                           | **$4,143,182.07** |
      Add lines 19 through 22.  Copy the total to line 84.

24.   **Is any of the property listed in Part 5 perishable?**
      ■ No
      ☐ Yes

25.   **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
      ■ No
      ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.   **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 6:**   **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

      ☐ No.  Go to Part 7.
      ☐ Yes Fill in the information below.

**Part 7:**   **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

      ☐ No.  Go to Part 8.
      ☐ Yes Fill in the information below.

| **General description** | **Net book value of debtor's interest** (Where available) | **Valuation method used for current value** | **Current value of debtor's interest** |
|---|---|---|---|
| 39.   **Office furniture** | | | |
| 40.   **Office fixtures** | | | |
| 41.   **Office equipment, including all computer equipment and communication systems equipment and software** Software | **Unknown** | | **$361,926.93** |

42.   **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.   **Total of Part 7.**                                                           | **$361,926.93** |
      Add lines 39 through 42.  Copy the total to line 86.

44.   **Is a depreciation schedule available for any of the property listed in Part 7?**
      ☐ No
      ☐ Yes

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **Niner, Inc.**
         Name

Case number *(If known)* _____

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ■ No
       ☐ Yes

| Part 8: | Machinery, equipment, and vehicles |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1.   **2011 Mercedes SprinterVan; VIN WD4PE8CC4B5544436 2011 Mecedes SprinterVan; VIN WD4PE8CC1B5543955 2011 Haulmark Trailer; VIN 16HCB1011BU075458 2013 Mercedes SprinterVan 2500 170 EXT High Roof; VIN WD3PE8CC6D5730759 2016 Vixtory 6x12 Tandem Axel Trailer; VIN 4RAVS1228GK058759** | **Unknown** | | **$215,615.22** |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **Machinery & Equipment (machinery, computers, storage container, trade show booths, shop tools, camera and video, part molds) See Exhibit A attached hereto.** | **Unknown** | | **$2,642,523.35** |

51.   **Total of Part 8.**                                              | **$2,858,138.57** |
      Add lines 47 through 50.  Copy the total to line 87.

52.   **Is a depreciation schedule available for any of the property listed in Part 8?**
      ☐ No
      ■ Yes

53.   **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

| Part 9: | Real property |

54. **Does the debtor own or lease any real property?**

   ☐ No.  Go to Part 10.
   ■ Yes Fill in the information below.

| Debtor | **Niner, Inc.** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

**55.**     **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.   **Leasehold Improvements** | | **$0.00** | | **$69,107.15** |

**56.**     **Total of Part 9.**
      Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
      Copy the total to line 88.

| | |
|---|---|
| | **$69,107.15** |

**57.**     **Is a depreciation schedule available for any of the property listed in Part 9?**
      ■ No
      ☐ Yes

**58.**     **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
      ■ No
      ☐ Yes

**Part 10:**     **Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

    ☐ No. Go to Part 11.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 60.   **Patents, copyrights, trademarks, and trade secrets**<br>**Intellectual Property (Patents and Trademarks)**<br>**See Exhibit A attached hereto.** | **Unknown** | | **$146,105.98** |

**61.**     **Internet domain names and websites**

**62.**     **Licenses, franchises, and royalties**

**63.**     **Customer lists, mailing lists, or other compilations**

**64.**     **Other intangibles, or intellectual property**

**65.**     **Goodwill**

**66.**     **Total of Part 10.**
      Add lines 60 through 65. Copy the total to line 89.

| | |
|---|---|
| | **$146,105.98** |

**67.**     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
      ■ No
      ☐ Yes

**68.**     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

| Debtor | **Niner, Inc.** | Case number *(if known)* |
|---|---|---|
| | Name | |

■ No
☐ Yes

69. **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
☑ No
☐ Yes

| Part 11: | All other assets |
|---|---|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes Fill in the information below.

|  | Current value of debtor's interest |
|---|---|

| | | |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) | |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local) | |
| 73. | **Interests in insurance policies or annuities** | |
| 74. | **Causes of action against third parties (whether or not a lawsuit<br>has been filed)** | |
| 75. | **Other contingent and unliquidated claims or causes of action of<br>every nature, including counterclaims of the debtor and rights to<br>set off claims** | |
| 76. | **Trusts, equitable or future interests in property** | |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets,<br>country club membership<br>**Research and Development (i.e. Air 9 Carbon; Air 9<br>Carbon SL; Rip 9 Carbon; Sir 9; Air 9 Alloy; EMD; Jet<br>Carbon; RIP 9; Components)** | $259,366.55 |

| | | |
|---|---|---|
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | **$259,366.55** |
| 79. | **Has any of the property listed in Part 11 been appraised by a professional within the last year?**<br>☑ No<br>☐ Yes | |

---

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | **Niner, Inc.** | Case number *(If known)* |
|---|---|---|
| | Name | |

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $97,450.39 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $378,183.19 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $1,531,494.12 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $4,143,182.07 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $361,926.93 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $2,858,138.57 | |
| 88. **Real property.** *Copy line 56, Part 9.*..................................................................> | | $69,107.15 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $146,105.98 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $259,366.55 | |
| 91. **Total.** Add lines 80 through 90 for each column | $9,775,847.80 | + 91b.  $69,107.15 |
| 92. **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $9,844,954.95 |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

# EXHIBIT A

## Office Furniture

1. Forrest Yelverton - Mill R&D - $0.00
2. IKEA - Furniture for FoCo Office - $0.00
3. PJM7 - Furniture for FoCo Office - $0.00
4. Aquarium Items - $0.00
5. Grainger - $0.00
6. Fish Tank - $0.00
7. B&H Photo - $0.00
8. B&H Photo - $0.00
9. B&H Photo - $0.00
10. Pro Camera Service - $0.00
11. Conesco - $0.00
12. SMALLHD LLC - $0.00
13. CPD Industries - $0.00
14. C. Sugai - T Mobile - $0.00
15. M. Gann - Office Equip - $0.00
16. B&H Photo Video - $0.00
17. G. Parry - 3D System - $0.00
18. K. Gensel - T-mobile phones - $0.00
19. Furniture for Taiwan Office -$987.18
20. The Human Solution-J. Scriven desk -$169.17
21. Taiwan Office Meeting Room Board -$58.80
22. GEORGE PARRY-IPEVO INC-Conference Microphone -$120.45
23. CORP PURCHASE -OFFICE DEPOT INC-Safe -$152.14
24. IKEA-Kitchen fixtures/supplies -$3,790.64
25. Forks Lumber Company - Wood for new office -$225.46
26. American Furniture Warehouse - B Cole Office Furniture -$256.12
27. American Furniture Warehouse - New office furniture (couches, chairs, etc) -$5,098.60
28. S Lampe Office Furniture -$350.00
29. Verizon - Phone purchase (Sugai) -$470.41
30. American Furniture Warehouse - G Parry Office Furniture -$305.04
31. American Furniture Warehouse - B Mazanti Office Furniture -$110.48
32. American Furniture Warehouse - H Bort Office Furniture -$268.78
33. Rolling Staircase -$395.73
34. Ladders -$239.62
35. Refrigerator -$1,096.21
36. Kitchen fixtures/supplies -$824.27
37. Wood for Kitchen Table Tops -$600
38. Verizon Wireless - Cell Phone - Tupper -$125.94
39. Fort Collins Plastic/Jerry's Artarama - Frames/Plexiglass for Office Photos -$168.02
40. American Furniture Warehouse - B Mazanti Office Furniture -$74.64
41. American Furniture Warehouse - Office Chairs (H Bort office) -$113.66

42. American Furniture Warehouse - H Bort Office Furniture -$190.93
43. Ichor Systems Inc. - Warehouse Assets [pallet jack scale, pneumatic stapler, racking, wash bin, first aid kit] -$801.67
44. American Furniture Warehouse-Office Chair -$88.41
45. Verizon Wireless – G. Wisell Cell Phone -$293.76
46. C. Sugai -Projector Screen -$243.82
47. Ian Hylands – Standing Desk -$506.35

**Computers**

1. Steve - Computer - $0.00
2. Libby - Computer - $0.00
3. Mike - Computer - $0.00
4. Frank - Computer - $0.00
5. George - Computer - $0.00
6. Lenovo - Credit Card Chris - $0.00
7. Steve Dell - $0.00
8. Chase - CDW - $0.00
9. Chase - Lenovo for computer - $0.00
10. Chase - ipad - Chris - $0.00
11. Larry - Computer - $0.00
12. Mike G - Tiger Direct - $0.00
13. Kelly - Computer - $0.00
14. Mike G - Tiger Direct - $0.00
15. Mike G - Tiger Direct - $0.00
16. Josh - Computer - $0.00
17. Lenovo - Lil Fuzzy - $0.00
18. 8 ipads - $0.00
19. Dell precision M4600 mobile Workstation - George - $0.00
20. Apple - 2 ipads for events/mrktng - $0.00
21. Lenovo & Tiger Direct - $0.00
22. OFFICE MAX - $0.00
23. AXIS BUSINESS SOLUTION - $0.00
24. Tiger Direct - Stanley Laptop - $0.00
25. Aguilera, Armando - $0.00
26. Tiger Direct   - $0.00
27. Apple - $0.00
28. Computer Geek - $0.00
29. Dell - Dean - Computer, monitor, keyboard, mouse for Dean - $0.00
30. Computer Doctors - $0.00
31. Laptop - Taiwan - $0.00
32. Apple Computer - J Scriven - $0.00
33. Power Cord - C Hukee - $0.00
34. Printer - J Scriven - $0.00
35. Apple Ethernet Adapter – J Scriven - $0.00
36. Computer Doctors - $0.00
37. Apple- $0.00

38. Amex - $0.00
39. Computer Doctors - IBM - $0.00
40. Computer Doctors - Wireless Logitech Mouse - $0.00
41. CSU Surplus Property - $0.00
42. Computers for Taiwan Office- $0.00
43. Computer Doctors -  Dell Optiplex 760, LCD Monitor and USB Keyboard/Mouse - $0.00
44. CSU Surplus Property -$5.97
45. CSU Surplus Property - Warehouse Computer -$4.77
46. Computer Doctors - 2 IBM Thinkpad -$20.88
47. Dropbox Subscription -$9.44
48. Computer Doctors - Monitor,keyboard & Mouse for Intern -$25.66
49. Computer Doctore - Office Wifi Upgrades -$35.80
50. Computer Doctors - Ninerfest - Cisco Access Point, Wireless Card -$45.65
51. Computer Doctors - 2 Dell Latitude E6420 - Holly & Brett -$204.61
52. Uline - Desktop Printer -$78.85
53. Computer Doctors - Dell Optiplex 360-Downstairs Shop Computer -$52.21
54. Laptop for QC Dept (Lenovo T540) -$160.47
55. Computer Doctors - M Gann Computer -$138.28
56. Computer Doctors - Prospect Office Network Hardware -$186.61
57. Computer Doctors - AP Coordinator Laptop -$75.23
58. CORP PURCHASE CARD-COLORADO STATE UNIV-Monitors for AP -$70.81
59. TIGER DIRECT INC -$154.60
60. Computer Doctors - 5TB NAS BOX, DOCKING STATION, MONITOR, WIRELESS ADAPTOR -$200.48
61. Computer parts for repairs - I Hylands -$150.28
62. Computer parts for repairs - M Gann -$212.11
63. Lewan Technology - Webroot security -$451.08
64. Computer Doctors - RAM and Docking station -$147.68
65. Computer Doctors - File server for Marketing Photos -$1,181.40
66. Computer Doctors - Docking Stations (1 Dell, 1 HP); Keyboard, 4TB Constellation Drive, Display
    Port Cable -$214.80
67. Computer Doctors - Docking Station (HP) - Kenny Gensel -$125.30
68. Computer Doctors - Chargers for Engineering -$100.24
69. Summit Partners-Colorado LLC - K Gensel HP Computer -$831.20
70. Summit Partners-Colorado LLC - B James HP computer -$1,018.19
71. Lewan Technology - Bluetooth Access Points, Meraki/Cisco Equipment -$2,600.89
72. Lewan Technology - Installation of Meraki IT Equipment -$1,344.44
73. Ichor Systems Inc. - Battery Backups [Barter] -$328.08
74. Replacement External Hard Drive -$323.86
75. Label Printer -$211.88
76. Summit Partners-Colorado LLC - K Swanson Laptop -$1,125.89
77. Computer Doctors - Computer Parts for RSR -$344.58
78. Lewan Technology - Network Equipment for TW Office -$417.13
79. Summit Partners-Colorado LLC - M Gann - HP Laptop -$1,374.13
80. CSU SURPLUS PROPERTY-Monitor for R&D Intern -$67.13
81. COMPUTER DOCTORS-Computer for Warehouse -$465.39
82. AMAZON.COM-Parts for Battery Backup -$295.40
83. Parts for Battery Backup; IT Supplies -$374.66
84. B & H PHOTO-INTERNET-Scott Lampe Laptop -$544.41

85. Summit Partners-Colorado LLC - Computer for Mondo Aguilera -$1,086.93
86. William Cheng expense report - Max Laptop hard disk replace and restore -$212.42

**Machinery and Equipment**

1. Enterprise Data Resource - FoCo Warehouse Scanners -$894
2. Alpine Equipment Company - Racks for FoCo Warehouse -$7,468.59
3. Lift Solutions - FoCo Warehouse Fork Lift -$128.39
4. Lift Solutions - Forklift and warehouse equipment -$8,840.27
5. Parts for Impact Test Stand -$1,921.57
6. Parts for Impact Test Stand -$61.15
7. DCs Machining - Testing Equipment -$1,957.67
8. Creative Welding & Fabrication - Ninerfest -$434.00
9. Speedpro Imaging - Ninerfest Banners -$297.74
10. R N R SUPPLY-Ninerfest Display Frames -$103.39
11. Dotcom Industrial - Ninerfest Mats -$744.33
12. Sixspeed - Ninerfest Reveal Blankets -$590.00
13. Sixspeed - Ninerfest Sintra Panels -$1,995.84
14. EZSport - Ninerfest Tents/Flags -$1,529.50
15. Shipping for Dotcom Industrial mats for Ninerfest -$178.58
16. BRADLEY COLE-AMAZON.COM, INC.-Paint Booth Build out and Design Supplies - Tape Exactos etc -$203.58
17. BRADLEY COLE-MAKE IT SONEY, INC.-Vinyl Printing -$100.19
18. GEORGE PARRY-KAMAN INDUSTRIAL TECHNOLOGIES CORPORAT-Parts for wheel impact test - $205.50
19. Colorado Material Handling, LLC-Racks for Warehouse -$2,152.27
20. ADT Equipment & Installation -$1396.56
21. Alpine Equip Company - Warehouse Racking [Jan bills #M57647, M57322] -$14,308.72
22. IFT SOLUTIONS, INC. - Forklift Parts/Repairs -$860.23
23. MEASUREMENT COMPUTING COR-DAQ Modul -$293.55
24. AAP AUTOMATION, INC.-MTS Linear Transducer -$198.77
25. LIFT SOLUTIONS, INC. - Forklift charger -$372.58
26. Uline - Folding security gate for Warehouse -$152.00
27. Monitor Stand - Kenny Gensel -$236.67
28. SID TOOL CO.,INC.-MSC Industrial Supply-Material for hydraulic test bed -$232.31
29. METAL DISTRIBUTORS LLC-Material for hydraulic test bed -$156.61
30. PEACHTREE WOODWORKING SUPPLY INC-Material for hydraulic test bed -$70.34
31. AAP AUTOMATION, INC.-Electronic DAQ hardware for hydraulic test table -$305.96
32. BICYCLES TOOL INC/PARK TOOL COMPANY-2 Bike Stands -$552.36
33. GEAR/TRONICS, HOME DEPOT-Warehouse Shock Build Station -$381.43
34. BACKCOUNTRY.COM INC-Bicycle Travel Case -$582.67
35. BACKCOUNTRY.COM INC-Bicycle Travel Case -$310.50
36. Static Load Machine -$1162.55
37. CABELA'S WHOLESALE, INC-new cooler for the demo truck -$222.02

38. BRYSTAR TOOLS-Hardness tester for the R&D lab -$2,267.84
39. OMEGA ENGINEERING INC-Part of the static load machine -$313.60
40. OMEGA ENGINEERING INC-Part of the static load machine -$1,296.67
41. THOMASSIGNS NOW-Factory Store Improvements - Banner, 3 Large Prints -$590.02
42. FEEDBACK SPORTS LLC-new A frames for the demo fleet -$419.42
43. LINEAR INDUSTRIES LTD-Parts for the static load machine -$292.15
44. HYDRAULIC CONTROLS -C -$3,198.25
45. MEASUREMENT COMPUTING COR -$1,147.45
46. Linda Travis Exp Rep - Factory Store Upgrades -$507.26
47. Pro Pallet - Warehouse pallets (Brad B) -$630.00


**Patents**

1. 9ER07302 Bicycle Eccentric Bottom Bracket - $57.60
2. Retainer 9ER09301 Crown-Holding Head Cap - $3,000.00
3. 9ER09301 Crown-Holding Head Cap - $1,200
4. Patent Registration and Processing Fee - $837
5. Services for Sending Publication - $97.62
6. Ryuka IP Firm Tokyo - $581.04
7. 9ER10301 - $600
8. 9ER222 - $39.60
9. 9ER07301 - $2,317.20
10. 9ER09301 - $121.22
11. Patent Fees - + $20 Buffer - $435.60
12. 9ER07301, patent fees - $1,133.40
13. 9ER09301, attorney fees - $25.69
14. rear suspension - $2,316.02
15. crown-holding head cap - $85.09
16. 9ER07301 - $1,808.79
17. 117042 - $70.43
18. 127352 - $1,129.96
19. AHMRT05112012 - $591.11
20. AHMRT02282012 - $7,574.31
21. AHMRT05312012-BC - $1,837.39
22. AHMRT06062012 - $737.01
23. AHMRT07312012 - $21,697.00
24. AHMRT08312012 - $894.06
25. AHMRT09302012 - $305.72
26. AHMRT10312012 - $837.00
27. AHMRT11302012 - $344.53
28. AHMRT02272013 - $843.58
29. AHMRT03.26.2013 - $1,174.38
30. AHMRT11.06.2013 - $6,088.65
31. AHMRT02.12.2014 - $6,846.71
32. AHMRT023.10.2014 - $2,807.96
33. 202296 - $777.47

34. 191251 - $552.38
35. 191252 - $1,092.53
36. 191255 - $470.63
37. 191258 - $724.98
38. 195634 - $25.69
39. 195636 - $16.09
40. 195638 - $581.02
41. 195640 - $436.71
42. 195642 - $281.07
43. 196083 - $99.00
44. 196084 - $51.38
45. 197185 - $133.73
46. 197187 - $7.56
47. AHMRT005.10.20- $1,367.49
48. AHMRT006.16.2014 - $173.53
49. 8062014 - $3,108.74
50. 209201 - $313.33
51. 211190 - $59.08
52. 211197 - $1,251.38
53. AHMRT11.20.2014 - $1,760.00
54. 213834 - $20.59
55. 216843 - $87.60
56. 218200 - $79.49
57. 218201 - $81.27
58. 21802 - $70.57
59. 229332 - $2,203.06
60. 230858 - $209.25
61. 9ER07301CIP Bicycle Rear Suspension - $1,201.39
62. 9ER07302 Bicycle Eccentric Bottom Bracket - $1,201.39
63. 9ER10301 Internal Cable Routing System – USA - $1,229.17
64. 9ER12405CN NINER BIKES – CHINA - $634.84

**Fill in this information to identify the case:**

Debtor name   **Niner, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property                    12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br><br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1** **PMC Financial Services Group, LLC**<br>Creditor's Name<br><br>**3816 E La Palma Avenue**<br>**Anaheim, CA 92807**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets** | **$2,715,079.67** | **$0.00** |

**Describe the lien**
**Line of Credit**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | | |
|---|---|---|---|
| **2.2** **West Town Bank & Trust**<br>Creditor's Name<br><br>**216 S. Broad Street**<br>**Edenton, NC 27932**<br>Creditor's mailing address | **Describe debtor's property that is subject to a lien**<br>**All assets** | **$3,114,900.28** | **$0.00** |

**Describe the lien**
**Loan**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**2314;2315**

**Do multiple creditors have an interest in the same property?**

**As of the petition filing date, the claim is:**
Check all that apply

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor    **Niner, Inc.**                                          Case number (if know) _____
          Name

■ No                          ☐ Contingent
☐ Yes. Specify each creditor,  ☐ Unliquidated
including this creditor and its relative  ☐ Disputed
priority.

---

3.  **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**   | $5,829,979.9 5 |

**Part 2:    List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name  and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **West Town Savings Bank**<br>**8450 Falls of Neuse, Suite 202**<br>**Raleigh, NC 27615** | Line  **2.2** | |

---

**Fill in this information to identify the case:**

Debtor name __Niner, Inc.__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                      12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** | Nonpriority creditor's name and mailing address<br>**A.R.C. Incorporated**<br>**1821 E. Mulberry Street**<br>**Fort Collins, CO 80524**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.2** | Nonpriority creditor's name and mailing address<br>**Alleman, Hall, Creasman & Tuttle**<br>**851 SW 6th Avenue, Suite 525**<br>**Portland, OR 97204**<br><br>Date(s) debt was incurred  __08/2017; 10/2017__<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$4,145.60** |
| **3.3** | Nonpriority creditor's name and mailing address<br>**American Express**<br>**P.O. Box 0001**<br>**Los Angeles, CA 90096**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
| **3.4** | Nonpriority creditor's name and mailing address<br>**Astro Engineering Co., Ltd**<br>**No. 26-8, Yider S. Rd.**<br>**Chang Hua 500**<br>**Taiwan**<br><br>Date(s) debt was incurred  __09/2017; 10/2017__<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  __Trade debt__<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$105,476.82** |

| Debtor | **Niner, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,594.81** |
|---|---|---|---|

**Atradius Trade Credit Insurance, Inc.**
**Lockbox Number: 75786**
**7175 Columbia Gateway Drive**
**Columbia, MD 21046**

Date(s) debt was incurred  08/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Avid 3D Printing, LLC**
**419 East 4th Street**
**Loveland, CO 80537**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$31,926.67** |
|---|---|---|---|

**Chase**
**Cardmember Service**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred  10/2017

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Cleland Homsi & Associates Inc.**
**7345 Erica Lane**
**North Tonawanda, NY 14120**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,406.00** |
|---|---|---|---|

**Connelly RIP Term Debt**
**c/o Thomas Connelly**
**774 Mays Boulevard, Suite 10-522**
**Incline Village, NV 89451**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$370,435.00** |
|---|---|---|---|

**Connelly SEP-IRA LLC**
**c/o Thomas Connelly**
**774 Mays Boulevard, Suite 10-522**
**Incline Village, NV 89451**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**CyberSource Corporation**
**P.O. Box 94014**
**Palatine, IL 60094-4014**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Trade debt**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Niner, Inc.**                                                     Case number *(if known)*
_____
Name

| | | |
|---|---|---|
| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **DMIG LLC** | ☐ Contingent |
| | **FBO Fort Collins Prospect Ventures** | ☐ Unliquidated |
| | **P.O. Box 609** | ☐ Disputed |
| | **Del Mar, CA 92014** | |
| | Date(s) debt was incurred  08/2017 | **Basis for the claim:**  Trade debt |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$10,642.02**

| | | |
|---|---|---|
| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Doris Sugai** | ☐ Contingent |
| | **2147 236th Street** | ☐ Unliquidated |
| | **Torrance, CA 90501** | ☐ Disputed |
| | Date(s) debt was incurred  _ | **Basis for the claim:**  _ |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **ENVE Composites** | ☐ Contingent |
| | **508 West Stockman Way** | ☐ Unliquidated |
| | **Ogden, UT 84401** | ☐ Disputed |
| | Date(s) debt was incurred  10/2017 | **Basis for the claim:**  Trade debt |
| | Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$65,605.50**

| | | |
|---|---|---|
| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Federal Express** | ☐ Contingent |
| | **P.O. Box 7221** | ☐ Unliquidated |
| | **Pasadena, CA 91109-7321** | ☐ Disputed |
| | Date(s) debt was incurred  10/2017 | **Basis for the claim:**  Trade debt |
| | Last 4 digits of account number  4726 | Is the claim subject to offset? ■ No  ☐ Yes |

**$11,521.95**

| | | |
|---|---|---|
| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Federal Express** | ☐ Contingent |
| | **P.O. Box 7221** | ☐ Unliquidated |
| | **Pasadena, CA 91109-7321** | ☐ Disputed |
| | Date(s) debt was incurred  10/217 | **Basis for the claim:**  Trade debt |
| | Last 4 digits of account number  3572 | Is the claim subject to offset? ■ No  ☐ Yes |

**$490.31**

| | | |
|---|---|---|
| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Federal Express** | ☐ Contingent |
| | **P.O. Box 7221** | ☐ Unliquidated |
| | **Pasadena, CA 91109-7321** | ☐ Disputed |
| | Date(s) debt was incurred  10/2017 | **Basis for the claim:**  Trade debt |
| | Last 4 digits of account number  8636 | Is the claim subject to offset? ■ No  ☐ Yes |

**$20.88**

| | | |
|---|---|---|
| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| | **Federal Express** | ☐ Contingent |
| | **P.O. Box 7221** | ☐ Unliquidated |
| | **Pasadena, CA 91109-7321** | ☐ Disputed |
| | Date(s) debt was incurred  10/2017 | **Basis for the claim:**  Trade debt |
| | Last 4 digits of account number  1338 | Is the claim subject to offset? ■ No  ☐ Yes |

**$162.12**

| Debtor | Niner, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19**

**Nonpriority creditor's name and mailing address**
**Federal Express**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred  __10/2017__

Last 4 digits of account number  __2157__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$973.77**

---

**3.20**

**Nonpriority creditor's name and mailing address**
**Federal Express**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred  __10/2017__

Last 4 digits of account number  __2472__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$277.21**

---

**3.21**

**Nonpriority creditor's name and mailing address**
**Federal Express**
P.O. Box 7221
Pasadena, CA 91109-7321

Date(s) debt was incurred  __10/2017__

Last 4 digits of account number  __6414__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$7.61**

---

**3.22**

**Nonpriority creditor's name and mailing address**
**Federal Express - Freight**
Dept CH
P.O. box 10306
Palatine, IL 60055-0306

Date(s) debt was incurred  _

Last 4 digits of account number  __4853__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.23**

**Nonpriority creditor's name and mailing address**
**Flexport Inc.**
760 Market Street, 9th Floor
San Francisco, CA 94102

Date(s) debt was incurred  __10/2017__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$51,026.15**

---

**3.24**

**Nonpriority creditor's name and mailing address**
**Formula Engineering Inc.**
No 807, Fen-Gong Road
Shen Kang Dist. 429
Taichung
Taiwan

Date(s) debt was incurred  __10/2017__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$6,030.00**

---

**3.25**

**Nonpriority creditor's name and mailing address**
**Fox Factory Switzerland GmbH**
No. 8 Jing Ke 6th Road
Nantun District
Taichung City
Taiwan

Date(s) debt was incurred  __10/2017; 11/2017__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Trade debt__

Is the claim subject to offset? ■ No ☐ Yes

**$77,507.00**

---

| Debtor | Niner, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Front Range Internet, Inc.**
**3350 Eastbrook Drive**
**Fort Collins, CO 80525-5731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Gerald Sugai**
**2330 E. Prospect Road, suite A**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$200,000.00**

**Gerald Sugai Trust**
**2330 E. Prospect Road, Suite A**
**Fort Collins, CO 80525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$3,750.00**

**Greystone Technology Group, Inc.**
**DBA Brillity Digital**
**2519 S. Shields Street #146**
**Fort Collins, CO 80526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,724.68**

**IPFS Corporation**
**Premium Financing Specialist Corp**
**24722 Network Place**
**Chicago, IL 60673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2017**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$4,103.00**

**Jerome Michael Stanley**
**288 Gran Ellen Drive**
**Athens, GA 30606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **08/2017; 09/2017**

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Key-Rite Security, Inc.**
**5570 E. Yale Avenue**
**Denver, CO 80222-5204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Trade debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Niner, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,800.00**

**KS USA**
**c/o Rick Taylor**
**26741 Portola Parkway 1E658**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Overhead Door Company**
**912 Smithfield Drive, Unit 5**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$200,000.00**

**Paige Parme**
**P.O. Box 7709**
**Incline Village, NV 89450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  _

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,250.00**

**Propel Insurance**
**P.O. Box 2940**
**Tacoma, WA 98401-2940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __09/2017__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Sedona Mountain Bike Festival LLC**
**1695 West Highway 89a**
**Sedona, AZ 86336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Shimano American Corp.**
**Bicycle Division**
**P.O. Box 513838**
**Los Angeles, CA 90051-3838**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _

Basis for the claim:  __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$14,400.00**

**Squadra**
**Zoot Squad**
**5205 Avenida Encinas, Suite J**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __11/2017__

Basis for the claim:  __Trade debt__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Niner, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $316,575.58 |
|---|---|---|---|

**SRAM, LLC**
**24213 Network Place**
**Chicago, IL 60673-1242**

Date(s) debt was incurred  **10/2017; 11/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stan's NoTubes**
**202 Daniel Zenker Drive**
**Big Flats, NY 14814**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $22,175.00 |
|---|---|---|---|

**Strongman & Always Co. Ltd.**
**Maestro Limited**
**IF., No. 64 Sec 2 Jiankang Rd.**
**South District Tianan**
**Taiwan**

Date(s) debt was incurred  **10/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Connelly**
**774 Mays Boulevard, Suite 10-522**
**Incline Village, NV 89451**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vanguard**
**c/o Ascensus**
**P.O. Box 28067**
**New York, NY 10087**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**VELO (Overseas Technology Limited)**
**1012 Sec. 1Chung-Shan Rd.**
**DaJia, Taichung**
**Taiwan**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $273,576.34 |
|---|---|---|---|

**Very Impressive Product Co., Ltd.**
**108 An Phuoc**
**Long Thanh**
**Dong Nai 71300**
**Vietnam**

Date(s) debt was
incurred  **09/2017; 10/2017; 11/2017**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Niner, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Victory Circle Graphix, LLC**
**13876 West Alaska Place**
**Denver, CO 80228**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $267,406.00 |
|---|---|---|---|

**Willing Industry Co. Ltd.**
**325, Sec 2 Chung Shan Road**
**Tachia**
**Taichung County**
**Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was**
**incurred** __08/2017; 09/2017; 10/2017__

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Yung Fang Plastic Co., Ltd.**
**306 Chang Nan Rd. Sec 4 Fenyuan**
**Hsiang, Changhua**
**Taiwan**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** __Trade debt__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

4. **List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

   **If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts | |
|---|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 | |
| 5b. Total claims from Part 2 | 5b. | + $ | 2,151,010.02 | |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 2,151,010.02 | |

**Fill in this information to identify the case:**

Debtor name __**Niner, Inc.**__

United States Bankruptcy Court for the: __DISTRICT OF COLORADO__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal      Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease at 2330 E. Prospect Road; Lease term: 66 Months from December 15, 2015.** |
|      State the term remaining | **43 months** |
|      List the contract number of any government contract | **DMIG, LLC<br>P.O. Box 609<br>Del Mar, CA 92014** |
| **2.2.**  State what the contract or lease is for and the nature of the debtor's interest | **Lease in Taiwan; Lease terms 36 months from October 31, 2017.** |
|      State the term remaining | **35 months** |
|      List the contract number of any government contract | **Liao Hsin Nong<br>208 Dur Xing Road<br>Dajia District<br>Taichung City<br>Taiwan** |

**Fill in this information to identify the case:**

Debtor name        **Niner, Inc.**

United States Bankruptcy Court for the:   DISTRICT OF COLORADO

Case number (if known)   _____

☐ Check if this is an
   amended filing

# Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

### 1. Do you have any codebtors?

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** / **Mailing Address** | | **Name** | *Check all schedules that apply:* |

| | | | |
|---|---|---|---|
| 2.1 _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 _____ | Street _____<br>City   State   Zip Code | _____ | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Niner, Inc.**

United States Bankruptcy Court for the: DISTRICT OF COLORADO

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy          04/16

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

| Part 1: | Income |
|---|---|

1. **Gross revenue from business**

☐ None.

| **Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year** | **Sources of revenue**<br>Check all that apply | **Gross revenue**<br>(before deductions and exclusions) |
|---|---|---|
| **For prior year:**<br>From **1/01/2016** to **12/31/2016** | ■ Operating a business<br>☐ Other _____ | **$14,982,375.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

■ None.

| | **Description of sources of revenue** | **Gross revenue from each source**<br>(before deductions and exclusions) |
|---|---|---|
| | | |

| Part 2: | List Certain Transfers Made Before Filing for Bankruptcy |
|---|---|

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,425. (This amount may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None.

| **Creditor's Name and Address** | **Dates** | **Total amount of value** | **Reasons for payment or transfer**<br>Check all that apply |
|---|---|---|---|
| 3.1. **Aetna Inc.**<br>**151 Farmington Avenue**<br>**Hartford, CT 06156** | **09/05/17**<br>**10/03/17**<br>**11/02/17** | **$41,537.99** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>■ Services<br>☐ Other___ |

Debtor   Niner, Inc. _____   Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.2. **American Express**<br>P.O. Box 0001<br>Los Angeles, CA 90096-0001 | 08/24/17<br>08/30/17<br>09/08/17<br>09/21/17<br>09/29/17<br>10/05/17<br>10/19/17<br>10/26/17<br>10/26/17<br>11/13/17 | $301,233.61 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.3. **Astro Engineering Co., Ltd**<br>No. 26-8, Yider S Rd.<br>Chang Hua 500<br>Taiwan | 08/25/17<br>08/30/17<br>09/21/17<br>09/28/17<br>10/05/17<br>10/12/17<br>10/19/17<br>10/26/17<br>11/13/17 | $206,501.51 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.4. **Avatax**<br>Avalara Headquarters<br>110 2nd Avenue, Suite 300<br>Seattle, WA 98101 | 09/13/17<br>10/13/17<br>11/14/17 | $18,300.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☒ Suppliers or vendors<br>☒ Services<br>☐ Other___ |
| 3.5. **Charles Beckert**<br>1412 Toledo Street<br>Bellingham, WA 98229 | 09/14/17<br>10/12/17<br>11/14/17 | $11,473.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.6. **Chase**<br>Cardmember Services<br>P.O. box 94014<br>Palatine, IL 60094-4014 | 09/05/17<br>10/06/17<br>11/03/17<br>11/16/17 | $13,586.97 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.7. **Cheng Shin Rubber Ind Co. LTD**<br>P.O. Box 139 Yuanlin 215<br>Meei-Kong Road<br>Huang-Ts'o Village Ta-Tsun, Chang<br>Hwa<br>Taiwan | 09/07/17<br>11/13/17 | $11,852.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.8. **Chuhn-E Industries Co., Ltd**<br>No. 87, Lane 249, Sec. 1<br>Yung Shing Rd (vill), Yung Ging Hsiang<br>Chang Hua | 08/25/17<br>09/14/17 | $6,557.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

Debtor    Niner, Inc.                                                           Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.9. **DMIG LLC**<br>**FBO Fort Collins Prospect Ventures**<br>**P.O. Box 609**<br>**Del Mar, CA 92014** | 08/30/17<br>09/28/17<br>10/05/17<br>11/07/17 | $84,506.63 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.<br>· **Federal Express - 321134726**<br>**P.O. Box 7221**<br>**Pasadena, CA 91109-7321** | 08.24.17<br>09/07/17<br>09/15/17<br>09/15/17<br>09/21/17<br>09/29/17<br>10/06/17<br>10/19/17<br>11/09/17 | $46,569.82 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.11.<br>· **Flexport Inc.**<br>**760 Market Street, 9th Floor**<br>**San Francisco, CA 94102** | 08/24/17<br>08/28/17<br>09/14/17<br>09/21/17<br>09/28/17<br>10/04/17<br>10/04/17<br>10/05/17<br>10/19/17<br>10/26/17<br>11/16/17 | $260,352.68 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.12.<br>· **Formula Engineering Inc.**<br>**No 807, Fen-Gong Road**<br>**Shen Kang Dist. 429**<br>**Taichung**<br>**Taiwan** | 09/14/17<br>10/12/17<br>11/13/17<br>11/15/17 | $83,154.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.13.<br>· **Fox Factory Switzerland GmbH**<br>**No. 8 Jing Ke 6th Road**<br>**Nantun District**<br>**Taichung City**<br>**Taiwan** | 08/30/17<br>09/07/17<br>10/05/17<br>10/26/17<br>11/13/17<br>11/20/17 | $438,939.60 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.14.<br>· **George P. Wisell**<br>**1317 Newsom Street**<br>**Fort Collins, CO 80524** | 09/14/17<br>09/21/17<br>09/28/17<br>10/12/17<br>10/26/17<br>11/14/17<br>11/14/17 | $13,640.04 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.15.<br>· **Heartland Payment Systems**<br>**301 E. Boardwalk Drive**<br>**Fort Collins, CO 80525** | 09/01/17<br>10/02/17<br>11/01/17 | $32,672.72 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor     **Niner, Inc.**                                              Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.16. | **Hull & Knarr**<br>**300 S. Madison Avenue**<br>**Greenwood, IN 46142** | **10/26/17**<br>**11/08/17** | **$17,900.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.17. | **Integrity Outdoor Equipment**<br>**Scott Sherman**<br>**631 W. King Street**<br>**Winona, MN 55987** | **09/14/17**<br>**10/12/17**<br>**11/14/17** | **$20,764.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. | **IPFS Corporation**<br>**Premium Financing Specialist Corp**<br>**24722 Network Place**<br>**Chicago, IL 60673** | **08/30/17**<br>**09/28/17** | **$17,449.36** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. | **Kirt Voreis**<br>**19442 Cartmill Drive**<br>**Bend, OR 97702** | **08/29/17**<br>**08/30/17**<br>**09/28/17**<br>**10/26/17** | **$8,000.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.20. | **KS USA**<br>**c/o Rick Taylor**<br>**26741 Portola Parkway 1E658**<br>**Foothill Ranch, CA 92610** | **10/12/17**<br>**11/13/17** | **$37,440.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.21. | **Mizu, Inc.**<br>**2010 Jimmy Durante Boulevard, Suite 230**<br>**Del Mar, CA 92014** | **08/30/17**<br>**08/30/17** | **$6,450.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.22. | **Premier Packaging**<br>**P.O. Box 39505**<br>**Louisville, KY 40233** | **08/30/17**<br>**09/14/17**<br>**10/05/17** | **$10,474.72** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.23. | **Race Face/Easton Cycling**<br>**No. 31, Zhong San 1st Road**<br>**Da Ya Dist,**<br>**Taichung City**<br>**Taiwan** | **08/30/17**<br>**08/30/17**<br>**10/05/17**<br>**11/13/17**<br>**11/13/17** | **$30,995.10** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor      Niner, Inc.                                              Case number *(if known)*

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.24. | **Robert Melzer**<br>4152 Ice House Way<br>Roseville, CA 95747 | **09/14/17**<br>**10/12/17**<br>**11/14/17** | **$21,640.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.25. | **Schwalbe**<br>5501 Hovander Road, Suite 102<br>Ferndale, WA 98248 | **08/24/17**<br>**08/30/17**<br>**11/14/17** | **$18,506.25** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.26. | **Shimano American Corp.**<br>**Bicycle Division**<br>P.O. Box 513838<br>Los Angeles, CA 90051-3838 | **08/24/17**<br>**09/07/17**<br>**10/06/17**<br>**10/12/17**<br>**11/13/17**<br>**11/16/17**<br>**11/20/17** | **$146,663.88** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.27. | **SRAM, LLC**<br>24213 Network Place<br>Chicago, IL 60673-1242 | **08/24/17**<br>**09/07/17**<br>**09/14/17**<br>**09/21/17**<br>**09/28/17**<br>**10/12/17**<br>**10/19/17**<br>**11/13/17** | **$280,550.40** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.28. | **Stan's NoTubes**<br>202 Daniel Zenker Drive<br>Big Flats, NY 14814 | **09/07/17**<br>**10/05/17**<br>**11/13/17** | **$102,305.50** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.29. | **Strongman & Always Co. Ltd.**<br>**Maestro Limited**<br>IF., No. 64 Sec 2 Jiankang Rd.<br>**South District Tianan**<br>**Taiwan** | **09/14/17**<br>**09/21/17**<br>**09/28/17**<br>**10/05/17** | **$79,830.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.30. | **Thomas Connelly**<br>774 Mays Boulevard, Suite 10-522<br>Incline Village, NV 89451 | **08/30/17**<br>**10/03/17** | **$21,180.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.31. | **Vanguard**<br>c/o Ascensus<br>P.O. Box 28067<br>New York, NY 10087 | **08/30/17**<br>**09/18/17**<br>**10/04/17**<br>**10/12/17**<br>**10/17/17**<br>**10/30/17**<br>**11/13/17**<br>**11/14/17** | **$9,406.82** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor  __Niner, Inc._____  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.32. **VELO (Overseas Technology Limited)** 1012 Sec. 1Chung-Shan Rd. DaJia, Taichung Taiwan | 08/30/17 10/05/17 11/13/17 | $17,446.06 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.33. **Very Impressive Product Co., Ltd.** 108 An Phuoc Long Thanh Dong Nai 71300 Vietnam | 8/25/17 08/30/17 09/07/17 09/14/17 09/21/17 09/28/17 10/05/17 10/12/17 10/19/17 10/26/17 11/13/17 | $458,126.75 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.34. **W.G. Nielsen & Co.** Attn: Blake Nielsen and Tom Campbell 3200 Cherry Creek S Drive, Suite 470 Denver, CO 80209 | 08/30/17 09/28/17 10/26/17 11/15/17 | $10,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.35. **Willing Industry Co. Ltd.** 325, Sec 2 Chung Shan Road Tachia Taichung County Taiwan | 08/25/17 08/30/17 09/07/17 09/14/17 09/21/17 09/28/17 10/05/17 10/12/17 10/19/17 10/26/17 | $110,000.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.36. **William Cheng** No. 71-11 San Jio Shion Shou May Tsun Waipu District, Taichung Taiwan | 08/31/17 09/18/17 09/30/17 10/17/17 10/31/17 11/09/17 | $17,153.12 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.37. **Joshua Saxe** 7 Guernsey Avenue Montpelier, VT 05602 | 09/14/17 10/12/17 11/14/17 | $7,203.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.38. **Mountain Lake Marketing** P.O. Box 5013 Whitefish, MT 59937 | 09/14/17 10/12/17 11/14/17 | $7,207.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

Debtor   __Niner, Inc._____   Case number _(if known)_ _____

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|---|
| 3.39. | **The Enthusiast Network**<br>**P.O. Box 933852**<br>**Atlanta, GA 31193-3852** | **09/21/17**<br>**10/19/17**<br>**11/20/17** | **$7,500.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.40. | **Yung Fang Plastic Co., Ltd.**<br>**306 Chang Nan Rd. Sec 4 Fenyuan**<br>**Hsiang, Changhua**<br>**Taiwan** | **09/28/17**<br>**11/13/17** | **$12,886.00** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed
   or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,425. (This amount
   may be adjusted on 4/01/19 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments
   listed in line 3. _Insiders_ include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership
   debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **Thomas Connelly**<br>**774 Mays Boulevard, Suite 10-522**<br>**Incline Village, NV 89451**<br>**Officer/Director** | **December**<br>**2016 thru**<br>**October 2017** | **$30,180.00** | **Bill Payments** |
| 4.2. | **Chris Sugai**<br>**1712 Pioneer Avenue, Apt 1814**<br>**Cheyenne, WY 82001**<br>**Officer/Director** | **11/30/2016 to**<br>**11/15/2017** | **$106,980.01** | **Payroll** |
| 4.3. | **Kenneth Gensel**<br>**8347 Spinnaker Bay Drive**<br>**Windsor, CO 80528**<br>**Officer/Director** | **11/30/2016 to**<br>**11/15/17** | **$85,088.12** | **Payroll** |
| 4.4. | **Michael Gann**<br>**15204 Skip Jack Loop**<br>**Lakewood Ranch, FL 34202**<br>**Former-COO** | **11/30/2016 to**<br>**10/25/17** | **$103,458.45** | **Payroll** |
| 4.5. | **Gerald Sugai**<br>**2330 E. Prospect Road, suite A**<br>**Fort Collins, CO 80525**<br>**Relative** | **12/1/2016 to**<br>**10/3/2017** | **$9,166.63** | **Bill Payments** |
| 4.6. | **Paige Parme**<br>**P.O. Box 7709**<br>**Incline Village, NV 89450**<br>**Relative** | **December**<br>**15, 2016 to**<br>**October 12,**<br>**2017** | **$25,666.63** | **Bill Payments** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at
   a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor   __Niner, Inc._____   Case number *(if known)* _____

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**

List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

| Part 3: | Legal Actions or Assignments |
|---|---|

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**

List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | Niner Inc. v Revolution sports | Collection | | ☐ Pending<br>☐ On appeal<br>■ Concluded |

8. **Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

| Part 4: | Certain Gifts and Charitable Contributions |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| | Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|---|
| 9.1. | IMBA<br>P.O. Box 20280<br>Boulder, CO 80308 | DONATION DEC 2015 AUCTION | | $28,239.37 |
| | Recipients relationship to debtor | | | |

| Part 5: | Certain Losses |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

Debtor    Niner, Inc.                                                    Case number *(if known)*

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
|  |  |  |  |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Markus Williams Young & Zimmermann LLC**<br>**1700 Lincoln St. Ste 4550**<br>**Denver, CO 80203** | | | **$115,220.00** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.

Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|
|  |  |  |  |

**13. Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

| Part 7: | Previous Locations |
|---|---|

**14. Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

| Part 8: | Health Care Bankruptcies |
|---|---|

**15. Health Care bankruptcies**

Is the debtor primarily engaged in offering services and facilities for:

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com

| Debtor | Niner, Inc. | Case number *(if known)* | |
|---|---|---|---|

- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

---

**Part 9:   Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

---

**Part 10:   Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
|---|---|---|---|

---

**Part 11:   Property the Debtor Holds or Controls That the Debtor Does Not Own**

---

Debtor    Niner, Inc.                                          Case number *(if known)*

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service<br>From-To |
|---|---|

Software Copyright (c) 1996-2017 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Niner, Inc. | Case number *(if known)* | |
|--------|-------------|--------------------------|--|

| Name and address | Date of service From-To |
|------------------|-------------------------|
| 26a.1.   **Santos Postal & Company P.C.** **11 North Washington Street, Suite 600** **Rockville, MD 20850** | **2015-2017** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

■ None

| Name and address | If any books of account and records are unavailable, explain why |
|------------------|------------------------------------------------------------------|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address | |
|------------------|--|

**27. Inventories**
Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No
☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|----------------------------------------------------------------|-------------------|-------------------------------------------------------------------------------|

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Chris and Nora Sugai Family Trust** | **6714 Rock River Road** **Timnath, CO 80547** | **Shareholder** | **68.120** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Ken Gensel** | **8347 Spinnaker Bay Drive** **Fort Collins, CO 80528** | **Shareholder** | **0.693** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **The Connelly Trust** | **C/O Triangle Home** **8832 Great Gorge Way** **Upper Marlboro, MD 20772** | **Shareholder** | **18.809** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **Alan Sugano** | **5 Albero Ct** **Torrance, CA 90501** | **Shareholder** | **3.585** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| **George Parry** | **921 Chippewa Court** **Fort Collins, CO 80525** | **Shareholder** | **1.431** |

Debtor   __Niner, Inc._____     Case number *(if known)* _____

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Brett Rosenbauer | 2512 Bedford Court<br>Fort Collins, CO 80526 | Shareholder | 0.781 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Doris Sugai | 2147 236th Street<br>Torrance, CA 90501 | Shareholder | 2.820 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Steve Domahidy | 3261 Champa Street<br>Denver, CO 80205 | Shareholder | 2.535 |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Michael L. Gann II | 15204 Skip Jack Loop<br>Lakewood Ranch, FL 34202 | Warrant | 1.226 |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ No
☑ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Michael L. Gann, II | | COO | Resigned October 24, 2017 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☑ No
☐ Yes. Identify below.

| Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

☑ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

   **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in

Debtor   **Niner, Inc.**                                                                    Case number *(if known)*

connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **November 27, 2017**

**/s/ Chris Sugai**                                          **Chris Sugai**
Signature of individual signing on behalf of the debtor      Printed name

Position or relationship to debtor   **President, CEO**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

## United States Bankruptcy Court
### District of Colorado

In re    __Niner, Inc._____      Case No. _____

                         Debtor(s)      Chapter    __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the President, CEO of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    __November 27, 2017_____          __/s/ Chris Sugai_____

                                         **Chris Sugai/President, CEO**
                                         Signer/Title