UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLORADO

In re                                  )
                                       )
NINER, INC.                            )   Case No. 17-20796
EIN: 52-2448591                        )
                                       )   Chapter 11
            Debtor-in-Possession.      )

## LIST OF EQUITY SECURITY HOLDERS PURSUANT TO FED.R.BANKR.P. 1007(a)(3) AND L.B.R. 1007-4(a)(2)

In a chapter 11 reorganization case, the following information is required pursuant to FED. R. BANKR. P. 1007(a)(3) and L.B.R. 1007-4(a)(2):

Check applicable box:

[ ]   There are no equity security holders or corporations that directly or indirectly own 10% or more of any class of the debtor's equity interest.

[X]   The following are the debtor's equity security holders (list holders of each class, showing the number and kind of interests registered in the name of each holder, and the last known address or place of business of each holder):

Chris and Nora Sugai Family Trust         68.120% ownership interest
6714 Rock River Road
Timnath, CO 80547

The Connelly Trust                        18.809% ownership interest
C/O Triangle Home
8832 Great Gorge Way
Upper Marlboro, MD 20772

Alan Sugano                               3.585% ownership interest
5 Albero Ct
Palos Verdes, CA 90275

Doris Sugai                               2.820% ownership interest
2147 236th Street
Torrance, CA 90501

Steve Domahidy                            2.535% ownership interest
3261 Champa St

{Z0193743/1 }

| | |
|---|---|
| Denver, CO 80205 | |
| George Parry<br>921 Chippewa Court<br>Fort Collins, CO 80525 | 1.431% ownership interest |
| Michael L. Gann II<br>15204 Skip Jack Loop<br>Lakewood Ranch, FL 34202 | 1.226% ownership interest |
| Brett Rosenbauer<br>2512 Bedford Court<br>Fort Collins, CO 80526 | 0.781% ownership interest |
| Ken Gensel<br>8347 Spinnaker Bay Dr<br>Windsor, CO 80528 | 0.693% ownership interest |

Dated: November 14, 2017.

By: _____
Chris Sugai, President and CEO
For Niner, Inc., Debtor-in-Possession

Dated: November 27, 2017.

MARKUS WILLIAMS
YOUNG & ZIMMERMANN LLC

*s/Matthew T. Faga*
James T. Markus, #25065
Matthew T. Faga, #41132
1700 Lincoln Street, Suite 4550
Denver, Colorado 80203
Telephone (303) 830-0800
Facsimile (303) 830-0809
mfaga@markuswilliams.com

*Counsel for the Debtor in Possession*

{Z0193743/1 }